- 1 -

Your Name: Mathew Douglas Harney

Address: 1053 Oak Street. Apt. #201 S.F. CA. 94117

Phone Number: (510) 302-7975

Fax Number: 0

E-mail Address: MathewHarney05@gmail.com.

Pro Se Plaintiff

FILED

OCT 12 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Mathew Douglas Harney

Plaintiff,

vs.

Rodney Gregg Karr phd (PSY6906)

William Gerhbach

Defendant.

Case Number CV22 6008 [leave blank]

DMR

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☒ No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Mathew Douglas Harney

Address: 1053 Oak Street. Apt. 201, S.F. CA. 94117

Telephone: (510) 302-7975

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Rodney Gregg KARR phd. PSY 6906

Address: 2590 cherry Lane, Walnut creek, CA. 94597

Telephone: (415) 931-1934 (Messenge)

Defendant 2:

Name: William Grewhbach

Address: 2590 Cherry Lane, Walnut Creek, CA. 94597

Telephone: (415) 931-1934

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] U.S. consitution / California state Constution - 1st admendemt. ,_____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 5 -

## CLAIMS

### First Claim

(Name the law or right violated: 18 USC Conspricy AGAinsT Rights 242) USCo

(Name the defendants who violated it: Rodney Gregg Karr phd (PSY-6906

William Gerhauch

[Explain briefly here what the law is, what each defendant did to violate it, and how you were

harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. ViolAtion oF My rights, under title 18 USC, HAs Violated meq By not recognizing My Consitutional rights by his Lying oF His True intention aver span of 20yrs, I was Homeless @ time, WAS in Social Duress, By Continveally Lieing aur my Subject.

X  mathew D. Ehany

10, 12 2022

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

- 6 -

_____2nd_____ Claim

(Name the law or right violated: Title 18 U.S.C. 242 / USC. 1 admendment.    )

(Name the defendants who violated it: Rodney Gregg Karr phd. PSY 6906#    )

1. T.18.USC.242:; Mr. Rodney Gregg Karr; Has used His PSY 6906 to impose his Authority As a Pyschologiest. As Also Shamany cleric " Monarch Bear Instite"; As A Friend Never intended To Help me in my LiFe.

2. Falsefy information To Me and Used His Status As a Pyschologiest. To inflvance And mis-led me, Fabricated False stories to win Favoritism.

3. Consitutionaf 1st admunt i.E, As continually living, Mis-leading People that new me, (STATEMENT)

4. Mis repersenting the responsability, under the Color OF Law, As a regestered Pyschologist.

[signature] Jnathn R. Chaney

10-12-2022.

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in <u>San Fransico County</u> County, it should be assigned to the <u>Northern District</u> Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1. (See attached)

_____

_____

_____

_____

_____

COMPLAINT

PAGE ____ OF ____    [*JDC TEMPLATE – Rev. 05/2017*]

## STATMENT OF FACT

1992 ;

I was homeless and misfgortunately i was broke, to top it off i was on parole, (state parole ), Standing on the corner of Hemlock alley and Polk street, When this guy who identifies himself as Rodney Gregg Karr phd.( psy #6906), Apparently Rodney was known through out certain circles, Mr.Rodney G. Karr phd.  Asked me if i was interested in making some money, thinking about it i was in no position to refuse , He said he was very interested in helping me i explained i had some legal situations i needed to deal with immediately and i didnt have the money, he agreed to remedy this situation for me , Telling me that he was the owner of a bed and breakfast business and invited me along, ( Chateau Tivioli )1057 Stiener street, Rodney, also told me was an active memeber of the Druid Society), So, i was hired to take bird feed and go to the circle of stones place the seed around the stones , i said sure no problem as such i continued to do this over several years. Now, i was only paid very little at the time $40 is all i would get from rodney of course after some time i began to understand that this individual isnt a psy 6906, was a joke and i asked him why he lead me on  and every time rodney wouyld lie to me his lover William Gerbach,  Because of this i kept attempting to get my life together and yet it wasnt right, He rented a building and leased rooms to the

the upper tennenats rodney had 2nd level, then rodney rented me a space under the house, i also had several motorcycles that were tampered with several times and disable as my sole purpose was to have transportation to gin my room et a job, as i have caught Rodney tampering with my motorcycles , I Started to lose it , The woman who owned the property and the remaining tennents were to be paid $5000 to each of us, with paperwork by her attorney we to be gone 2007, off the property, Well to make a long story short, i was told to move out and did to a friends house sleeping on the floor , Because of the pandemic covd19, i havent been complete been paid.

1

2009 :

We had an agreement made before i moved from under the house to the bathroom, 290 Diviasdero street San Francisco, California, As i had an rental agreement, that was about 2006, When i moved to the bathroom  and from that time till present i helped people in the community let them catch a breath , hang out generally fed them and did what i could for them , But in 2009, i was sleeping in my room id been up for several hours as i am an amature recording artist, i do it all at home , this particular day i only remeber that i was extremely tired and i just fell on the mat on the floor of my room my door was cracked open , no one in the house was a threat, just about 15 minutes i wanted to get to rodney before he left for his home 2590 cherry lane , Walnut Creek, ca, rodney


II

 seeing clients Tuesday, Wednesday, Thrusday, i had a serious arguement about my life as after all rodney has done anything to help me other a place to sleep, i got rodney to go with me and pay for my business lic# which i got and re-newed , sadly though i couldnt file for my taxes as a result i lost my business because of rodney , but just before i laid down i  got  in a heated verbal argument over him not paying me  i told rodney time and time again please just dont lie to me , cause rodney through me under the strain of debt ,, Back to my point, i went to lay down and the last thing i remeber was feeling a flash in my brain and waking up 6 1/2 weeks later from an ▆▆▆ coma at Ralph K. Davies Hospital , San Francisco, California, Then the people there at the hospital for no reason at all knocked my teeth out attempted to cut my toungue out and to top it all off with a stab wound in the throat,

Back to rodney, since the police lied so badly on the police report however a copy of it wil be presented to the courts as the court will pay attention to this day there was no investigation by the police or

2

has law enforcement or anyone spoke to me about it since certainly rodney had something to do with it according to the time rodney didnt leave until 8:00pm for Waalnut Creek , william gerbach picked up,.

2019

: I had turned rodney in to the rent control board , the housing authority, about my living situation as i had been getting SSI which the amount i recivce is below the cost living , There was an agreement that i would paint the interior of the house for $ 3000.00 and i as i painted and completely he avoided paying me i continued to take care of the properety and attempted to keep the property up as best as i could ,

2022:

  Rodney still hasnt paid me for any services regarding the house his fantasay world tried to convience me , my life is troubled more ways then one , rodney damaged my property and just intentionallyscrewed up my world i got more problems with having a severe head injury and medicals billes as rodney was master lease holder and i was a recognized sub tennent, Obviously rodney, has intentional lied and violated my rights to the pursuit of happiness and not just the consitutional but the state venue of the california consitutional

III

  I also would file for conspricy of rights under the color of the law, 18 usc and usc 242, as mr. Karr is an regestried pyschologiest

 over  all intention was not to help me out of my situation he expected something for nothing as i was approached by this indivdiual

3

i have not been able aquire legal coun sel

to help me with civil court process pro se, i tried legal clinics and consignment attorneys but they never return my call no one will help me file i dont know if youll understand my situation ive had numerous eye and head trama , note that i am total in the dark and hope the courts will take it in to consideration my condition,


my rights my beliefs and the morality of this person and his ~~faggot games and~~ lies he committed a crime  and they let him get a way with it. Ive turned that man in to the police that he  is running some *Situation* kinda head trip about being Monarch Bear Instatute, if in fact rodney also fabricated as a pyschologiest i really dont think so , theory is that technology of optical or illisional properties was in fact used on or around rodney.

I conclude my statement of fact and all i mentioned and all that was done out of unproffessionalism , deciet  no respect and the in morality of mis leading peoples or at least my political beliefs and my religeous belief still the individual violated the rights of his fellow citizen ,its not how we treat people in america rodney has disrespeted me in many ways making my life very miserable emtionsl straining all the time he was who he said he was why have i got some many issues un neccessary by all extreme, everything is true and i have not perjury my se;f as the eveidence is enough to show cause for comphensation.


Sincerely,

Mathew Douglas Harney.

4

- 7 -

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

1.    " STATEMENT OF FACT "

(See Attached )

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date October 10, 2022    Sign Name: Mathew Douglas Harvey

Print Name: Mathew Douglas Harvey

COMPLAINT

PAGE ___ OF ___  [*JDC TEMPLATE – 05/17*]

" Demand For relief.

- 8 -

*[Copy this page and insert it where you need additional space.]*

(1). As a result of Covid -19, and many other Factors; promoting Himself as secure, morale, or desicreation of my life, legally, Financially, with my social life is none existence, Because mr. Rodney Karr phd Psy 6906 / William Gerhbach; as a result Avoided me and It Has Created many difficulties in my life, and

(2). Having represented the (PSY 6906) associating in mr Karr ph practice; was certainly not in my benefit If Rodney M. Karr phd (Psy 6906) was in Fact a real psychologist Then why would my life be so un-organized, or why would my Peer groups be so un-advised to assist me with the most necessity to me.

(3). Emotional, social Isolation as my Friendships with my mr. Rodney gregg Karr phd. / William Gerhbach they are the reason why my life is so diffevedle, I'm not a gayporn, nor do I have any relationships with Females as a result of Mr. Karrs being gay a typical Head female. They play with associates of mr. Karr

(4). The Amount I would agree to Allow a Grand Jury as a result of the proven rights violation Assess The logical and morals Payment as a result of Jury.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*