United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATHEW DOUGLAS HARNEY,

Plaintiff,

v.

RODNEY GREGG KARR, et al.,

Defendants.

Case No.  22-cv-06008-CRB

**ORDER OF DISMISSAL**

On October 12, 2022, Plaintiff Mathew Douglas Harney ("Harney") filed suit against Defendants Rodney Gregg Karr and William Gevhbach. See Compl. (dkt. 1). Magistrate Judge Ryu reviewed the complaint under the in forma pauperis statute, 28 U.S.C. § 1915(e), concluded that the complaint was deficient, and gave Harney leave to amend the complaint by no later than February 14, 2023. Screening Order (dkt. 11). Judge Ryu advised Harney that if he did not file an amended complaint by that date, Judge Ryu would recommend that the action be dismissed. See id. at 4. On February 22, 2023, having received no amended complaint from Harney, Judge Ryu recommended that a district judge dismiss the case without prejudice for failure to prosecute. See Report and Recommendation (dkt. 12) at 1. Pursuant to 28 U.S.C. § 636(b)(1)(C), Harney was given 14 days to object to Judge Ryu's order. Id. The case was then reassigned to the undersigned Judge. See dkt. 13. Harney has failed to object to Judge Ryu's recommendation.

Because the Court finds that Magistrate Judge Ryu's report and recommendation is well-reasoned, thorough, and correct, the Court adopts it in full. The Court hereby dismisses this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: March 10, 2023

_____
CHARLES R. BREYER
United States District Judge